411 F.2d 794
 James M. SULLIVAN, Plaintiff-Appellee,
v.
UNITED STATES of America, Defendant-Appellant, v. Kenneth F.
RUMSEY, Third-Party Defendant-Appellee.
 No. 26885.
 United States Court of Appeals Fifth Circuit.
 May 27, 1969.
 
 Macon L. Weaver, U.S. Atty., Birmingham, Ala., John G. Laughlin, Chief Torts Section, Wm. L. Morrow, Atty., U.S. Dept. of Justice, Washington, D.C., Alan S. Rosenthal, Robert V. Zener, Attys., Dept. of Justice, Washington, D.C., William D. Ruckelshaus and Edwin L. Weisl, Jr., Asst. Attys. Gen., for appellant.
 Frank W. Riggs, III, Truman M. Hobbs, Montgomery, Ala., Hubbard H. Harvey, Demopolis, Ala., Richard H. Gill, Montgomery, Ala., Hobbs, Copeland, Franco, Riggs & Screws, Montgomery, Ala., of counsel, for appellee.
 Before TUTTLE and GEWIN, Circuit Judges, and COMISKEY, District Judge.
 PER CURIAM:
 
 
 1
 The judgment in this case is affirmed on the basis of the reasoning set forth in Part I of the opinion of the District Court. 299 F.Supp. 621 (N.D.Ala.1969).
 
 
 2
 Judgment affirmed.